# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAFAEL CEZAR DANAM,
Petitioner,
vs.
ELAINE KELLEY, IN HER OFFICIAL
CAPACITY AS PRINCIPAL ALIANTE
SOMERSET CHARTER,
Respondent.

No. 82036

**FILED**

DEC 1 1 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original pro se "Petition for Extraordinary Writ for U.S. Constitution Violation from U.S. District Court of Nevada." Having considered the petition, we are not persuaded that writ relief is warranted because petitioner has a plain, speedy, and adequate remedy available to him either by way of filing a civil complaint in the Eighth Judicial District Court, or an appeal to the United States Court of Appeals for the Ninth Circuit to the extent he seeks to challenge the dismissal of his federal complaint. *See* NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) (writ relief is proper only when there is no plain, speedy, and adequate remedy at law and petitioner bears the burden of demonstrating that writ relief is warranted). Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Pickering

_____, J.
Hardesty

_____, J.
Silver

---

[1]Petitioner's December 4, 2020, motion for summary judgment is denied.

20-45645

cc: Rafael Cezar Danam
Law Office of Gary P. Sinkeldam APC

SUPREME COURT
OF
NEVADA

(O) 1947A